# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Herbert A. Igbanugo, Esq.,<br><br>        Plaintiff,<br><br>v.<br><br>Minnesota Office of Lawyers Professional Responsibility (OLPR); Susan M. HUMISTON, in her official capacity as Director of OLPR; Amy HALLORAN, individually and in her official capacity as Assistant Director to OLPR; Jennifer BOVITZ, individually and in her official capacity as Managing Attorney at OLPR; Lawyers Professional Responsibility Board (LPRB); Jeannette BOERNER, individually and in her professional capacity as Attorney Member at LPRB; Tommy KRAUSE, individually and in his professional capacity as Designated Board Member at LPRB; Wilson Law Group; David Lee WILSON, individually and in his official capacity as Founder and Managing Attorney at Wilson Law Group; Michael GAVIGAN, individually and in his official capacity as Senior Attorney at Wilson Law Group; Cassondre BUTEYN, individually and in her official capacity as Co-Owner and Lead Attorney at Wilson Law Group; Eva RODELIUS, individually and in her official capacity as Senior Attorney at Wilson Law Group; Aust SCHMIECHEN, P.A.; and Brian AUST, individually and in his official capacity as Purported Expert Witness in the *Onofre* Case and as Founding Partner of Aust Schmiechen, P.A.<br><br>        Defendants. | Case No. 21-CV-105-PJS-HB<br><br><br><br>**DEFENDANTS AUST SCHMIECHEN, P.A. AND BRIAN AUST'S MOTION TO DISMISS Fed. R. Civ. P. 12(b)(6)** |

CASE 0:21-cv-00105-PJS-HB   Doc. 19   Filed 03/19/21   Page 2 of 2

To:    Plaintiff Attorney *pro se* and all counsel of record.

## MOTION

Defendants Aust Schmiechen, P.A., and Brian Aust (the "Aust Defendants") respectfully move the Court, pursuant to Fed. R. Civ. P. 12(b)(6), for an order dismissing Plaintiff's complaint against them with prejudice and without leave to amend. Said motion will be based on their memorandum of law accompanying this motion, the files comprising the record, and the arguments of counsel.

Respectfully,

**CHRISTENSEN LAW OFFICE PLLC**

Dated: March 19, 2021

/s/ Aaron D. Sampsel
Aaron D. Sampsel (MN #398521)
Scott A. Jurchisin (MN #398241)
800 Washington Ave. N., Suite 704
Minneapolis, MN 55401
Ph: (612) 823-4016
Fax: (612) 823-4777
aaron@clawoffice.com
scott@clawoffice.com
*Attorneys for Defendants*
*Aust Schmiechen, P.A. and Brian Aust*

2